| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| KELVIN ARRINGTON, § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | CIVIL ACTION NO. 1:10-CV-206 |
| § | |
| STANDARD GUARANTY INSURANCE § | |
| COMPANY and THOMAS KLEMAIER, § | |
| § | |
| Defendants. § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to Referral Order entered on April 12, 2010. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant defendants' motion to change venue and transfer the case to the Houston Division of the Southern District of Texas. No objections have been filed.

The magistrate judge's report is hereby **ADOPTED**, and defendants' "Motion to Change Venue" (Docket No. 12) is **GRANTED**. It is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

An order transferring the case will be entered separately.

SIGNED at Beaumont, Texas, this 25th day of January, 2011.

*[signature: Marcia A. Crone]*

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE